AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Juan Antonio Lopez

APPEARANCE

CASE NUMBER: 1:08-MJ-45M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Juan Antonio Lopez

I certify that I am admitted to practice in this court.

3/24/08

*Date*

[signature]

*Signature*

Benjamin A. Mesiti 6840

*Print Name* *Bar Number*

597 Broad Street

*Address*

Central Falls RI 02863

*City* *State* *Zip Code*

335-3392 475-5439

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.