1467041

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

JUAN ANTONIO LOPEZ
DOB 1968

## WARRANT FOR ARREST

Case Number: 1:08-MJ-45M

RECEIVED
U.S. MARSHALS SERVICE
MAR 24 2008
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Juan Antonio Lopez
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly, intentionally and wilfully combine, conspire, confederate and agree with others to knowingly and intentionally distribute one kilogram or more of heroin, a Schedule I Controlled Substance

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(A); & 846

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

3/24/08 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by DEA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/24/2008 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 03/24/2008 | | |