IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ANTONIO LOPEZ-ACEVEDO,<br>a/k/a GERALDO GOLONDRES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR 08 41 T<br><br>In violation of 21 U.S.C. §§ 841(a)(1) and 846;<br>21 U.S.C. § 843(b) |

FILED
APR 16 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

From a time unknown up to and including on or about March 23, 2008, in the District of Rhode Island and elsewhere, the defendant, JUAN ANTONIO LOPEZ-ACEVEDO, a/k/a GERALDO GOLONDRES, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with others known and unknown to the grand jury to knowingly and intentionally distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), all in violation of 21 U.S.C. § 846.

COUNT II

On or about March 22, 2008, in the District of Rhode Island, the defendant, JUAN ANTONIO LOPEZ-ACEVEDO, a/k/a GERALDO GOLONDRES, did knowingly and intentionally use a communication facility, namely the cellular telephone assigned telephone number (917) 723-7998, in facilitating the commission of an act and acts constituting a felony under 21 U.S.C. § 846, that is, conspiracy to distribute one kilogram or more of heroin, the offense set forth in Count I of the indictment and incorporated by reference herein, all in violation of 21 U.S.C. § 843(b).

FORFEITURE ALLEGATIONS

As a result of the offenses alleged in Counts I and II of this Indictment, pursuant to 21 U.S.C. § 853, the defendant, JUAN ANTONIO LOPEZ-ACEVEDO, a/k/a GERALDO GOLONDRES, shall forfeit to the United States of America any and all property, constituting and derived from any proceeds obtained, directly and indirectly, as a result of said violations, and any property used and intended to be used, in any manner and part, to commit and to facilitate the commission of such violations, including but not limited to the following:

1. One lot of $16,871.00 in United States currency; and,

2. A 1998 Jeep Cherokee, Vehicle Identification Number 1J4GZ88Z0WC119948, bearing Massachusetts registration 87RM08 and registered to Geraldo Golondres.

A TRUE BILL:

**REDACTED**

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Kenneth P. Madden
Assistant U.S. Attorney

Dated: April 16, 2008