ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant Juan Antonio Lopez-Acevedo, a/k/a Geraldo Golondres

**Count I**: 21 U.S.C. § 846 - Did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with others known and unknown to the grand jury to knowingly and intentionally distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

PENALTIES: 10 years to life imprisonment; $2,000,000 fine; at least 4 years supervised release; $100 mandatory special assessment.

**Count II**: 21 U.S.C. § 843(b) - Did knowingly and intentionally use a communication facility, namely the cellular telephone assigned telephone number (917) 723-7998, in facilitating the commission of any act or acts constituting a felony under 21 U.S.C. § 846, that is, conspiracy to distribute one kilogram or more of heroin, the offense set forth in Count I of the indictment.

PENALTIES: 4 years imprisonment; $250,000 fine; 1 year supervised release; 100 mandatory special assessment.

FORFEITURE ALLEGATIONS as stated in the Indictment, pursuant to 21 § 853.