UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.R.NO.: 08-41ML |
| | : | |
| JUAN ANTONIO LOPEZ | : | |

# MOTION FOR CONTINUANCE

Now comes the Defendant, JUAN ANTONIO LOPEZ, by and through counsel, and respectfully requests a Twenty Eight day continuance of his pre-trial conference scheduled for June 2, 2008. The Defendant is now considering a potential plea agreement proffered by the United States Government, but if the Defendant rejects said plea agreement, then the time will be utilized to complete and file pre-trial motions. Also, portions of the discovery in this matter are in a different language, and Defendant requires additional time to have any and all translations by the Government inspected for accuracy. The Defendant's attorney has contacted the Government and has been informed that the Government has no objection to the Defendant's request for the enlargement of time and continuance of the case.

This time shall be DEEMED EXCLUDABLE pursuant to 18 U.S.C. § 3161 (h)(8)(A), as the interest of justice in allowing the Defendant time to consider a plea agreement, or in the alternative, complete and file pre-trial motions outweighs the interest of the public and the Defendant in a speedy trial.

**WHEREFORE**, the Defendant prays that his Motion for Continuance be granted.

Respectfully Submitted,

//S// Benjamin Mesiti

Benjamin A. Mesiti, Esq. #6840
597 Broad Street
Central Falls, RI 02863
(401) 335-3392
(401) 475-5439 [fax]