**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.R.NO.: 08-41ML |
| | : | |
| JUAN ANTONIO LOPEZ | : | |

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the Defendant, JUAN ANTONIO LOPEZ, by and through counsel, and respectfully requests a Thirty Day enlargement of time to file pre-trial documents, presently scheduled for filing by May 22, 2008. The Defendant is now considering a potential plea agreement proffered by the United States Government, but if the Defendant rejects said plea agreement, then the time will be utilized to complete and file pre-trial documents. Also, portions of the discovery in this matter are in a different language, and Defendant requires additional time to have any and all translations by the Government inspected for accuracy. The Defendant's attorney has contacted the Government and has been informed that the Government has no objection to the Defendant's request for the enlargement of time and continuance of the case.

This time shall be DEEMED EXCLUDABLE pursuant to 18 U.S.C. § 3161 (h)(8)(A), as the interest of justice in allowing the Defendant time to consider a plea agreement, or in the alternative, complete and file pre-trial documents outweighs the interest of the public and the Defendant in a speedy trial.

**WHEREFORE**, the Defendant prays that his Motion for Enlargement of Time be granted.

Respectfully Submitted,

//S// Benjamin Mesiti

Benjamin A. Mesiti, Esq. #6840
597 Broad Street
Central Falls, RI 02863
(401) 335-3392
(401) 475-5439 [fax]