UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CR 05-078-01ML USA v. James Farrell**
**CR 06-105-01ML USA v. Roberto Cruz**
**CR 07-131-01ML USA v. Thomas Thomsen**
**CR 08-041-01ML USA v. Juan Lopez Acevedo**
**CR 08-045-01ML USA v. Dolores Rodriguez LaFlamme**

PRETRIAL ORDER

The above-captioned case has been placed on the trial calendar for **June, 2008** with empanelment scheduled for **Thursday, July 10, 2008.**

It is hereby

ORDERED:

1. On or before **June 26 , 2008**, all counsel shall file electronically a memorandum clearly denominated "Pretrial Memorandum." The pretrial memorandum shall contain a brief analysis of the applicable law (including that applicable to any evidentiary issues that counsel anticipate), a description of any matters that counsel believe ought to be considered by the Court prior to trial, and an estimate regarding the number of days required to present his or her case.

2. On or before **June 26, 2008**, all counsel shall submit conventionally (paper) to the Court a list of all questions that counsel requests the Court to ask of prospective jurors during voir dire examination.

3. All counsel shall file electronically any instructions that counsel request be included in the Court's charge to the jury, together with citations to any authorities supporting such proposed instructions. No request will be considered without such a citation. In order to ensure that such requests receive maximum consideration, counsel should submit them prior to trial. However, they must be submitted no later than the commencement of trial.

4. Before presenting evidence, each party shall submit to the Court conventionally (paper) a typed or printed list, of all exhibits that such party intends to offer. In the case of the Government, the exhibits shall be numbered sequentially. In the case of the Defendant, the exhibits shall be marked alphabetically. Counsel shall also submit conventionally (paper) copies of all such exhibits.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 11, 2008

Entered as an Order of this Court on June 11, 2008.

Barbara Barletta
Deputy Clerk