**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.R.NO.: 08-41ML |
| | : | |
| JUAN ANTONIO LOPEZ | : | |

# MOTION FOR CONTINUANCE

Now comes the Defendant, JUAN ANTONIO LOPEZ, by and through counsel, and respectfully requests a thirty day continuance of his pre-trial conference scheduled for June 30, 2008, and his jury empanelment scheduled for July 10th, 2008. The Defendant, by and through counsel, has filed a motion to suppress evidence in the instant case. The outcome of this motion may be dispositive of Defendant's case, thus negating the necessity for trial.

This time shall be DEEMED EXCLUDABLE pursuant to 18 U.S.C. § 3161 (h)(8)(A), as the interest of justice in allowing the Defendant time to consider a plea agreement, or in the alternative, complete and file pre-trial motions outweighs the interest of the public and the Defendant in a speedy trial.

**WHEREFORE**, the Defendant prays that his Motion for Continuance be granted.

Respectfully Submitted,

//S// Benjamin Mesiti

Benjamin A. Mesiti, Esq. #6840
597 Broad Street
Central Falls, RI 02863
(401) 335-3392
(401) 475-5439 [fax]