IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 08-41ML |
| | ) | |
| | ) | |
| JUAN ANTONIO LOPEZ-ACEVEDO | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The government moves for a 10-day extension of time in which to file its response to the defendant's motion to suppress. The undersigned Assistant is in the midst of trial preparation in another matter, and those preparations, in addition to counsel's normal caseload have occupied counsel's time. Accordingly, the undersigned Assistant requires additional time to adequately address the issues raised in the defendant's motion and respectfully requests that the Court grant her request.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, a copy of the within "Government's Motion for Extension of Time" was filed electronically and is available for viewing and downloading from the ECF system.

A copy of the motion has been faxed and mailed to the following:

Mr. Benjamin Mesiti
597 Broad Street
Central Falls, Rhode Island 02863
Fax (401) 475-5439

/s/ Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov