✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States

V.

Juan Antonio Lopez-Acevedo

**EXHIBIT AND WITNESS LIST**

Case Number: CR 08-041ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSA Sandra Beckner | Benjamin A. Mesiti |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion to Suppress 8/4/2008 | Karen Wischnowsky | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 2 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 3 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 4 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 5 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 6 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 7 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 8 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 9 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 10 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| 11 | | 8/4/2008 | | x | Translation of recorded conversation made pursuant to Court-authorized wiretap |
| | | | | | 8/4/2008 >>>>>> W-1: Michael Naylor |
| 12 | | 8/4/2008 | x | x | Transcript of recorded conversation/interview |
| | | | | | 8/4/2008 >>>>>> W-2: Andres Perez |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.