IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | Cr. No. 08-41ML |
| JUAN ANTONIO LOPEZ-ACEVEDO | ) | |

GOVERNMENT'S MOTION TO CONTINUE

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, moves the Court to continue the trial in the above-captioned case to the November trial calendar, a continuance of at least 60 days. This case is presently set for jury empanelment on September 11, 2008. The pretrial conference is scheduled for August 20, 2008. The parties request a continuance in this matter, because they are in the process of negotiating a plea agreement. Furthermore, in the event that a trial is necessary in this case, the parties request additional time to conduct discovery.

The defendant joins the government in this motion. Both sides agree that the 60-day period should be deemed excludable under 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on August 19, 2008, a copy of the within "Motion to Continue" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Benjamin Mesiti
597 Broad Street
Central Falls, Rhode Island 02863
Fax (401) 475-5439

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov